Monday, May 5, 2014

No. 14–0561/NA.   U.S. v. John T. Taylor.   CCA 201300195.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 22, 2014.

No. 14–8017/AF.   Charles A. Wilson, Appellant v. United States, and Colonel Christopher Hill, in his official capacity as Commander, 78th Air Base Wing, United States Air Force, Appellees.   CCA 2014–01.   Appellant's motion for an immediate stay of the proceedings is denied.

Tuesday, May 6, 2014